UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMA LEE ADAMS and
BARRY WAYNE ADAMS,

        Plaintiffs,

v.                                                        Case No. 4:05-cv-62

CITY OF MARSHALL, MARSHALL CITY        Hon. Wendell A. Miles
POLICE, MICHAEL OLSON, MAURICE
EVANS, BRUCE ELZINGA, ANDREW
GROENEVELD, LEE FRIEND, TOM KING,
GAIL M. BUDROW-BRADSTREET, STEVEN
QUIGLEY, VINCE TRUDELL, and JOHN DOE(S)
and JANE DOE(S),

        Defendants.
_____/

## ORDER

The Plaintiffs in this section 1983 case are proceeding pro se. Presently, the court is in receipt of a letter dated June 29, 2007, in which Plaintiff Norma Adams asks the court to temporarily release Plaintiff Barry Adams on bond so that Mr. Adams will be able to prepare for and participate in the trial in this case, which is scheduled to begin on July 30, 2007. Plaintiff Barry Adams is presently incarcerated at the Lakeland Correctional Facility, apparently serving an eight year sentence imposed by the Calhoun County Circuit Court in a criminal matter unrelated to the instant case. The court construes Plaintiff Norma Adams' letter as a motion for release on bond.

This court lacks jurisdiction over the state court criminal matter, and therefore, is without authority to order that Barry Adams be released on bond. Plaintiff may wish to seek assistance

from the Legal Assistance Center, Kent County Courthouse, 180 Ottawa Ave., NW Suite 5100, Grand Rapids, MI 49503, telephone (616) 632-6000, the State Bar of Michigan Lawyer Referral and Information Service at (800) 968-0738, or Legal Services of Western Michigan in Muskegon, MI, telephone (231) 726-4887.

    The motion for release on bond is DENIED.

    IT IS SO ORDERED.

So ordered this 6th day of July, 2007.

                                            /s/ Wendell A. Miles
                                            Wendell A. Miles
                                            Senior U.S. District Judge